IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:07-00257 |
| BRANDON WELLS, | ) | |
| Defendant. | ) | |

### ORDER

Defendant Brandon Wells was not present for his Supervised Release Revocation hearing on September 25, 2013. A Bench Warrant shall issue.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge