IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )    No. 3:07-00257
)
BRANDON WELLS, )
)
    Defendant. )


## ORDER

    Pursuant to 28 U.S.C. §294(b), the undersigned is unable or unwilling to undertake this matter and

hereby returns this case to the Clerk of Court for reassignment to another judge.

    It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge